PER CURIAM.
Affirmed. See Francis v. State, 473 So.2d 672 (Fla.1985); Richardson v. State, 437 So.2d 1091 (Fla.1983); Meyer v. State, 498 So.2d 554 (Fla. 4th DCA 1986); Acosta v. State, 477 So.2d 9 (Fla. 3d DCA 1985); Altchiler v. State, 442 So.2d 349 (Fla. 1st DCA 1983); State v. Perez, 438 So.2d 436 (Fla. 3d DCA 1983); A. McD. v. State, 422 So.2d 336 (Fla. 3d DCA 1982); Snead v. State, 415 So.2d 887 (Fla. 5th DCA 1982); Thomas v. State, 272 So.2d 217 (Fla. 3d DCA 1973); Thomas v. State, 249 So.2d 510 (Fla. 3d DCA 1971); Compare Edwards v. Arizona, 451 U.S. 477, 101 S.Ct. 1880, 68 L.Ed.2d 378 (1981).